UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILEY GREENHILL,

        Petitioner,               Case Number: 2:10-CV-10296

v.                                    HONORABLE PATRICK J. DUGGAN

RAYMOND D. BOOKER,

        Respondent.
_____/

## JUDGMENT

Petitioner Wiley Greenhill filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his November 4, 2005 conviction for second-degree murder in violation of Mich. Comp. Laws § 750.317.  On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to relief.  The Court further declined to issue Petitioner a certificate of appealability.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED WITH PREJUDICE**.

Dated: November 15, 2012              s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Wiley Greenhill, #145154
Gus Harrison Correctional Facility
2727 East Beecher St.
Adrian, MI 49221

AAG Andrea M. Christensen